**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

BKY No. 09-50779

Dennis E. Hecker,

   Debtor.

Randall L. Seaver, Trustee,            ADV No. 10-05021

   Plaintiff,

vs.

Northstate Financial Corporation;
Southview Chevrolet Co.; Bremer Bank, N.A.;
Chrysler Financial Services Americas LLC;
General Motors Acceptance Corporation; and
National City Commercial Capital Company, LLC;

   Defendants.

## STIPULATION

Plaintiff Randall L. Seaver, Trustee (the "Trustee") and Defendant Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through their respective undersigned attorneys, stipulate and agree that the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's complaint in this adversary proceeding shall be extended through August 20, 2010.

Dated: July 22, 2010       LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED

              By: /e/ Ralph V. Mitchelll
                Ralph V. Mitchell (#184639)
              One Financial Plaza, Suite 2500
              120 South Sixth Street
              Minneapolis, MN 55402
              (612) 338-5815

              Attorneys for Plaintiff Randall L. Seaver, Trustee

Dated: July 22, 2010 GRAY PLANT MOOTY

By: /e/ Stephen F. Grinnell
      Stephen F. Grinnell (#37928)
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
(612) 632-3070

Attorneys for Chrysler Financial
Services Americas LLC

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,
       Debtor.

BKY No. 09-50779

---

Randall L. Seaver, Trustee,

       Plaintiff,

vs.

Northstate Financial Corporation;
Southview Chevrolet Co.; Bremer Bank, N.A.;
Chrysler Financial Services Americas LLC;
General Motors Acceptance Corporation; and
National City Commercial Capital Company, LLC;

       Defendants.

ADV No. 10-05021

## ORDER

Pursuant to the stipulation between plaintiff and defendant Chrysler Financial Services Americas LLC, the time within which Chrysler Financial may timely answer or otherwise plead in response to plaintiff's complaint is extended through August 20, 2010.

Dated:                                                                        _____
                                                                       Robert J. Kressel
                                                                       United States Bankruptcy Judge

GP:2820655 v1