## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

|                              |                  |
|------------------------------|------------------|
|                    Debtor.   | BKY 09-50779     |

-----------------------------------

Randall L. Seaver, Trustee,                    ADV 10-5021

                    Plaintiff,

v.                                                          <u>JUDGMENT</u>

Northstate Financial Corporation;
Southview Chevrolet Co.;
Bremer Bank, N.A.; Chrysler
Financial Services Americas LLC;
General Motors Acceptance Corporation;
and National City Commercial Capital Company, LLC;

                    Defendants.

_____

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1.     Defendants Northstate and Southview have no interest in the three vehicles notwithstanding that record title to these vehicles is held in Northstate or Southview.

2.     Defendants GMAC and National City do not hold any lien, security or other interest in any of the three vehicles.

3.     The complaint against defendant Chrysler Financial Services Americas LLC is dismissed.

Dated:  January 18, 2011                     Lori A. Vosejpka
At:      Duluth, Minnesota                     Clerk of Bankruptcy Court


                         /e/ Anita Miller
          By:   _____
                         Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/18/2011
Lori Vosejpka, Clerk, by AMM